# COMPLAINT
### (for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Joshua J Check

v.

(Full name of defendant(s))

Corinna Lundquist

Riley Jane Doe

~~OE~~

Case Number:

20-C-1203

(to be supplied by Clerk of Court)

A.     PARTIES

1.     Plaintiff is a citizen of _____Wisconsin____, and is located at
_____ (State)
145 Delafield Street_____
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2.     Defendant _____Corinna Lundquist_____
(Name)

is (if a person or private corporation) a citizen of _Wisconsin_
_____ (State, if known)
and (if a person) resides at _160 W. Wisconsin Ave,_
_Appleton WI 54914_ (Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for _Wisconsin Independent_
_Living, Inc_ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.



On or around June of 2019 in a group home on 701 Pleasant Lane Menasha WI called Wisconsin Independent Living inc I the plaintiff Joshua J Chick as a client was falsely confine me in the group home by a supervisor named Rileyas she quit location as the

action had no lawful justification for it to have happened. Also defamation and retaliation occurred as well as a conspiracy against the owner of WL inc Comm Lindquist by aiding and abetting. In effect I was unable to file any grievance as a due process claim to be put in the suit as well please. I had Comm Lindquist and the supervisor in 2019 named Riley working at WL inc last name not known given after my conditional release was done.





didnt happen due to any right handed retaliatory determination also retaliation claim suffice to indicate file suit file charge right not be forced Also harrassment claim suffered as I was told to stop the suit Also my 5th and 1st Amendment Was Violated Also 1st Amendment Violated by access/not to petition to courts and 8th Amendment Violated by the one I've stated known only as Riley Violated both said Amendments.

## C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

## D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I ask the court for forseeable damages of $400,000 parsonal damages of $700,000 and punitive damages to of the amount of $400,000 dollars for violating rights that were deprived many times I was wrongfully placed right back into the same placement neglet was committed

## E.   JURY DEMAND

I want a jury to hear my case.

☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __31st__ day of __July__ 20 _20_.

Respectfully Submitted,



Signature of Plaintiff

_____
Plaintiff's Prisoner ID Number



(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☒   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.